Dismissed and Memorandum Opinion filed January 18, 2007








Dismissed
and Memorandum Opinion filed January 18, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00777-CV

____________

 

SARMA SUBRAHMANYA CHALLA, M.D., and


EDWARD MANUEL PINA, M.D.,
Appellants

 

V.

 

WILLA JEAN HILBORN, Individually
and as Representative of All Wrongful Death Beneficiaries and as Representative
of the Estate of 

CHARLES ALLEN HILBORN, SR.,
Appellees

 



 

On Appeal from the 125th District Court

Harris County, Texas

Trial Court Cause No. 2005-51488

 



 

M E M O R A N D U M   O P I N I O N

Appellants
each filed a notice of interlocutory appeal from the trial court=s orders denying their motions to
dismiss signed August 14, 2006, and August 23, 2006.  On December 29, 2006,
Edward Manuel Pina, M.D., filed a motion to dismiss his appeal because the
parties have reached a settlement agreement.  On January 3, 2007, Sarma
Subrahmanya Challa, M.D., filed a motion to dismiss his appeal for the same
reason.  The motions are granted.  See Tex.
R. App. P. 42.1.  








Accordingly,
the appeals are ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
18, 2007.

Panel consists of Chief Justice Hedges and Justices Fowler and Edelman.